# Exhibit B

# Related Products

- The following chart is based on the review of Aircall app.

EN ⌄                                          

With the Aircall apps for iOS or Android, you can stay connected with your team and customers, and keep your work flowing smoothly, no matter where you are.

**Download iOS app**          **Download Android app** ›

https://aircall.io/call-center-software-features/phone-app-for-mobile/

https://aircall.io/call-center-software-features/phone-app-for-mo ×

· **Changes**   · **Summary**   · **Site Map**   · **URLs**

ween September 4, 2019 and August 2, 2025.



https://web.archive.org/web/20250000000000*/https://aircall.io/call-center-software-features/phone-app-for-mobile/

# US9531872 Claim 10

10. A method for providing an indication about a missed call, said method comprising the following steps:

receiving an incoming call by means of a communication apparatus comprising receiving means;

processing said received incoming call by means of a control unit coupled to said receiving means;

outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus;

wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of:

verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus;

extracting a cause value from a cause information element sent from a network to said apparatus; and

outputting to the user an indication related to the cause value via the output means;

wherein said step of outputting to the user an indication related to the cause value is performed through the steps of:

verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent; and

verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller.

# US9531872 Claim 10

| [10.P] A method for providing an **indication about a missed call**, said method comprising the following steps:   : | Analyst Comments: Aircall.io, Inc. performs and/or induces others to perform a method for providing an indication about a missed call.<br><br>Aircall.io provides an Aircall app, which is hosted on the Aircall platform (Aircall's servers) and is installed on a user's endpoint device, such as a desktop and/or mobile device, to provide call log information.<br><br>Further, when a call is received on the Aircall platform, the call is routed to the Aircall app running on the user's endpoint device. The Aircall app then displays a notification prompting the user to accept or decline the call. If the call is not answered by the user/agent, the Aircall app utilizes cloud resources received from the Aircall platform to classify the call based on the reason and call duration. Further, the Aircall app displays the call classification on the user's endpoint device interface (display of the user's endpoint device).<br><br>For instance, if the call ends within 10 seconds after ringing at least one agent/user, the Aircall app displays the call as an **'Abandoned Call' with the reason indicated as 'short_abandoned'** on the user's device interface. Alternatively, if the call rings at least one agent/user for more than 10 seconds, but is not answered or rejected, the Aircall app displays the call as a **'Missed Call' with the reason indicated as 'agents_did_not_answer'**. |

EN ⌄



# Extend the desktop experience to mobile

With the Aircall apps for iOS or Android, you can stay connected with your team and customers, and keep your work flowing smoothly, no matter where you are.

**Download iOS app**   **Download Android app  ›**

https://aircall.io/call-center-software-features/phone-app-for-mobile/

# US9531872 Claim 10



## Aircall Workspace for Desktop

Mac, Windows

Make, receive, and manage customer communications directly from your Mac or PC.



## Aircall Phone for Mobile

iPhone, Android

Enjoy the convenience of Aircall on-the-go with our iOS or Android app.



## Aircall Browser Extensions

Chrome

Use the Aircall Click-to-Dial and Power Dialer features directly from your browser.

https://aircall.io/download/

# US9531872 Claim 10

As a user in Aircall, you have the ability to login to your Aircall Phone either on your Desktop (macOS or Windows), the web application (phone.aircall.io), or on a mobile device (iOS and Android).

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375355102877

# Making and Receiving Calls

Before you can start making and receiving calls through Aircall, you will need to make sure you have the following components set up:

- At least one number added on the dashboard with your user or team assigned
- At least one user added on the dashboard and assigned to a number.

From here, there are four ways you can make and receive calls with Aircall.

- **Download** the app on your desktop (Mac and Windows)
- **Log in to the web app through the Chrome browser (macOS & Windows)**
- **Install the Aircall CTI in your CRM (where available)**
- **Download** the app on your mobile (Android and iPhone)

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375397143325

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

## Routing Logic & Principles

As soon as you receive an incoming call with an available user, Aircall will distribute the call to that user, which will ring to their Phone application. This includes all applications they are signed into, as well as any forwarding devices that are enabled on their user profile. The same status is showcased on all of the phones that you are logged into.

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375396184093

## Receive inbound call

When an inbound call arrives, you will see a ring pop-up in the desktop app, and, if enabled, a browser notification for the web version.



Notification is displayed on the Aircall app's interface

https://support.aircall.io/hc/en-gb/p/ai-support/articles/21534416747293 (annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



User's endpoint device interface

[https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917](https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917) (annotated)

- When a call passes through one or more ring to widget(s), and the caller hangs up or the call ends (the set flow ends):
  - **If the call ends <10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be short_abandoned
  - **If the call ends >10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be agents_did_not_answer

[https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549](https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

## Call History

Within the Call Settings section, you can find your Call History dashboard, showing all call events from the past six months. Whether a call has been answered, missed, abandoned, or fallen outside of business hours, the answer will be found here.

You'll also see a breakdown of start and end times, the Aircall or customer number, and call duration. However, the real beauty of this feature is its ability to filter information to adjust the specificity of the results.

https://aircall.io/blog/features/analytics-dashboards-how-to-use/

| Timeline - Call Information (🔴) | Call History - missed_call_reason |
|---|---|
| Call outside of opening hours | out_of_opening_hours |
| The caller hung up during the welcome message | abandoned_classic |
| The caller hung up during IVR | abandoned_ivr |
| The caller hung up before an agent could pick up | short_abandoned |
| Nobody answered the call | agents_did_not_answer |
| Nobody was available | no_available_agent |
| Call missed | null‖unknown_reason |

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

## What Are Call Logs?

Collecting, recording and organizing details of incoming and outgoing calls is referred to as call logging. Today, many Voice-Over-Internet-protocol (VoIP) business phone system subscriptions like Aircall, Dialpad and others include automated call logging. This tool does not record call conversations and messages.

Some of the call details recorded in call logs reports are:

- Call date

- Call type

- Call ID

- Call start and end time

- Call duration

- Customer number

- Call handler

https://aircall.io/blog/operations-management/call-logs-and-why-do-you-need-them



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.1] receiving an incoming call by means of a **communication apparatus** comprising receiving means; | **Specification:** "Preferably, the communication apparatus 1 according to the exemplary embodiment of the present invention comprises a mobile phone; however, it is clear that said apparatus 1 can also comprise a fixed phone." [Column 3, Line 15 – 18] "Moreover, the communication apparatus 1 may further comprise storage means 50 for storing at least one telephone number, in order to associate an incoming urgent missed call to a particular user." [Column 4, Line 53 – 56] "In addition, Fig. 1 of the current application clearly shows that the control unit 20, processing means 40, and storage means 50 are part of the communication apparatus 1." [See Prosecution history "Arguments/Remarks made in an Amendment" dated 02-06-2016] "The apparatus 1 comprises receiving means 10 for receiving an incoming call. Moreover, the apparatus 1 comprises transmitting means 11 for transmitting an outgoing call; said receiving means 10 and transmitting means 11 may be a unique antenna, or the like." [Column 3, Line 27 – 31] |

**Analyst Comments:** The Aircall platform routes the incoming call to the Aircall app running on the user's **endpoint device**. The Aircall app receives the call and displays a notification on the app's interface, prompting the user to either accept or decline the call.

Since the call is received on the Aircall app installed on the user's endpoint device, it would be apparent to a person having ordinary skill in the art that the user's endpoint device comprises a receiving means for receiving the incoming call.

# Making and Receiving Calls

Before you can start making and receiving calls through Aircall, you will need to make sure you have the following components set up:

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375397143325

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

From here, there are four ways you can make and receive calls with Aircall.

- **Download** the app on your desktop (Mac and Windows)

- **Log in to the web app through the Chrome browser (macOS & Windows)**

- **Install the Aircall CTI in your CRM (where available)**

- **Download** the app on your mobile (Android and iPhone)

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375397143325

# Receive inbound call

When an inbound call arrives, you will see a ring pop-up in the desktop app, and, if enabled, a browser notification for the web version.



Notification is displayed on the Aircall app's interface

https://support.aircall.io/hc/en-gb/p/ai-support/articles/21534416747293 (annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| [10.2] processing said received incoming call by means of a control unit coupled to said receiving means; | **Specification:**<br>"The apparatus 1 comprises a control unit 20 for processing said incoming call and output means 30 for outputting information to an user."<br>[Column 3, Line 32 – 34]<br><br>"See Original Application, p.3 l.25–27. As such the control unit and processing means are part of the processor of the communication apparatus, and the storage means is part of the memory of the communication apparatus."<br>[See Prosecution history "Arguments/Remarks made in an Amendment" dated 02-06-2016] |
| --- | --- |
| | **Analyst Comments:** Since the Aircall app receives the incoming call, upon information and belief, the app utilizes cloud resources provided by the Aircall platform to process the call on the user's endpoint device.<br>Further, it would be apparent to a person having ordinary skill in the art that the processing is carried out by the device's processor, which includes a control unit coupled to the receiving means. |

# Making and Receiving Calls

Before you can start making and receiving calls through Aircall, you will need to make sure you have the following components set up:

- At least one number added on the dashboard with your user or team assigned

- At least one user added on the dashboard and assigned to a number.

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375397143325

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



User's endpoint device interface

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)



https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375354440221

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.3] outputting, by means of an **output means**, information related to the received incoming call to a user of the **communication apparatus**; | **Specification:** <br> "The apparatus 1 comprises a control unit 20 for processing said incoming call and output means 30 for outputting information to an user. In particular, said output means 30 comprise a display; however, it is clear that said output means 30 may be a loudspeaker, a speaker or similar means apt to output information to an user." <br> [Column 3, Line 32 – 37] |
| | **Analyst Comments:** Once the received incoming call is processed, the Aircall app uses the user's **endpoint device's** processor to output call log information corresponding to the received incoming call(s) on the user's endpoint device **interface (display)**. Further, the call log information indicates the type of received call (missed or abandoned). |



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

As a user in Aircall, you have the ability to login to your Aircall Phone either on your Desktop (macOS or Windows), the web application (phone.aircall.io), or on a mobile device (iOS and Android).

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375355102877

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



[https://aircall.io/en-gb/call-center-software-features/analytics/](https://aircall.io/en-gb/call-center-software-features/analytics/) (annotated)

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

## Call History

Within the Call Settings section, you can find your Call History dashboard, showing all call events from the past six months. Whether a call has been answered, missed, abandoned, or fallen outside of business hours, the answer will be found here.

[https://aircall.io/blog/features/analytics-dashboards-how-to-use/](https://aircall.io/blog/features/analytics-dashboards-how-to-use/)

# US9531872 Claim 10

| [10.4] wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of: | **Specification:**<br>"According to the present invention, said apparatus 1 comprises processing means 40 associated to said control unit 20 for extracting a cause value contained in a cause information element sent from a network N to said communication apparatus 1 and for outputting to the user an indication related to a missed call via the output means 30."<br><br>[Column 3, Line 43 – 48]<br><br>"See Original Application, p.3 l.25–27. As such the control unit and processing means are part of the processor of the communication apparatus, and the storage means is part of the memory of the communication apparatus."<br><br>[See in Prosecution history "Arguments/Remarks made in an Amendment" dated 02-06-2016]<br><br>"Original Application, p.5 l.1–6. In particular, claim 1 refers to a "cause information element" which is an example of such a message. This "cause information element" comprises a "cause value" which can be extracted by processing means of the communication apparatus."<br><br>[See in Prosecution history "Arguments/Remarks made in an Amendment" dated 18-04-2013] |

**Analyst Comments:** Since the Aircall app, using the user's endpoint device processor, processes the received incoming call and outputs the call log information (such as missed or abandoned call(s)) on the user's endpoint device interface, upon information and belief, the user's device processor comprises a cause processing means associated with the control unit, such that the Aircall app uses the cause processing means for outputting the call log information on the user's endpoint device interface (display).

As a user in Aircall, you have the ability to login to your Aircall Phone either on your Desktop (macOS or Windows), the web application (phone.aircall.io), or on a mobile device (iOS and Android).

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375355102877

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.5] verifying if the received incoming call is a **missed received incoming call** that was received by the communication apparatus but was not answered by the user of the **communication apparatus**; | **Analyst Comments:** When the call is received on the **user's endpoint device** but is not answered by the user/agent, the Aircall app utilizes the cloud resources received from the cloud platform, and the cause processing means to classify the call as '**Missed Call**', thereby verifying that the received incoming call is a missed received incoming call. |

# Making and Receiving Calls

Before you can start making and receiving calls through Aircall, you will need to make sure you have the following components set up:

- At least one number added on the dashboard with your user or team assigned

- At least one user added on the dashboard and assigned to a number.

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375397143325

| Missed Call | Not answered by agents (agents_did_not_answer) |
|---|---|

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375354440221

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



User's endpoint device interface

Classify call as 'Missed'

Cause

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.6] extracting a **cause value** from a cause information element sent from a network to said **apparatus**; and | **Analyst Comments:** The Aircall app outputs the call log information, including 'missed' or 'abandoned', on the user's endpoint device interface (display). <br><br> For example, if the call ends within 10 seconds after ringing at least one agent/user, the Aircall app displays the call as an **'Abandoned Call' with the cause indicated as 'short_abandoned'.** Alternatively, if the call rings at least one agent/user for more than 10 seconds, but is not answered or rejected, the Aircall app displays the call as a **'Missed Call' with the cause indicated as 'agents_did_not_answer'.** <br><br> Upon information and belief, the Aircall app uses the cloud resources received from the Aircall platform to extract a cause value from a cause information element sent from a network to the **user's endpoint device.** |



User's endpoint device interface

Call log information

received incoming calls

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

# Missed, Unanswered, & Abandoned Call Classifications

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375354440221

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

- When a call passes through one or more ring to widget(s), and the caller hangs up or the call ends (the set flow ends):

  - **If the call ends <10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be short_abandoned
  - **If the call ends >10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be agents_did_not_answer

https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549

Cause indicating that the caller hangs up the call before the agent/user answers



Cause indicating that the call rings to at least one agent/user, but is not answered or rejected

https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549(annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| Timeline - Call Information (☹) | Call History - missed_call_reason |
|---|---|
| Call outside of opening hours | out_of_opening_hours |
| The caller hung up during the welcome message | abandoned_classic |
| The caller hung up during IVR | abandoned_ivr |
| The caller hung up before an agent could pick up | short_abandoned |
| Nobody answered the call | agents_did_not_answer |
| Nobody was available | no_available_agent |
| Call missed | null‖unknown_reason |

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.7] outputting to the user an indication related to the cause value via the output means; | **Analyst Comments:** The Aircall app uses the cloud resources received from the Aircall platform, and the cause processing means to output the call log information (missed or abandoned call(s)) corresponding to the received incoming call, thereby outputting an indication related to the cause value. |



User's endpoint device interface



Missed call reason

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917 (annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| Timeline - Call Information (📵) | Call History - missed_call_reason |
|---|---|
| Call outside of opening hours | out_of_opening_hours |
| The caller hung up during the welcome message | abandoned_classic |
| The caller hung up during IVR | abandoned_ivr |
| The caller hung up before an agent could pick up | short_abandoned |
| Nobody answered the call | agents_did_not_answer |
| Nobody was available | no_available_agent |
| Call missed | null\|\|unknown_reason |

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

## Call History

Within the Call Settings section, you can find your Call History dashboard, showing all call events from the past six months. Whether a call has been answered, missed, abandoned, or fallen outside of business hours, the answer will be found here.

You'll also see a breakdown of start and end times, the Aircall or customer number, and call duration. However, the real beauty of this feature is its ability to filter information to adjust the specificity of the results.

https://aircall.io/blog/features/analytics-dashboards-how-to-use/

# US9531872 Claim 10

[10.8] wherein said step of outputting to the user an indication related to the cause value is performed through the steps of: verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said **output means** said indication that the missed received incoming call was ended by the network and was urgent; and

**Analyst Comments:** For instance, if the missed call corresponds to the call rings at least one agent/user for more than 10 seconds, but is not answered or rejected, the Aircall app uses the cloud resources received from the Aircall platform, and the cause processing means to classify the missed call as 'Missed' with the reason indicated as 'agents_did_not_answer', thereby verifying that the cause value indicates the missed call was automatically terminated by the network. Further, the Aircall app outputs the type and reason for the missed call on the **user's endpoint device interface (display).**

Further, the Aircall app includes an in-queue callback feature, allowing callers to request a callback instead of waiting in the queue. Therefore, when the call rings for more than 10 seconds but is not answered or rejected by the user/agent, upon information and belief, the Aircall app displays the call-back option, indicating that the call was urgent.



https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| Timeline - Call Information (🔴) | Call History - missed_call_reason |
|---|---|
| Call outside of opening hours | out_of_opening_hours |
| The caller hung up during the welcome message | abandoned_classic |
| The caller hung up during IVR | abandoned_ivr |
| The caller hung up before an agent could pick up | short_abandoned |
| Nobody answered the call | agents_did_not_answer |
| Nobody was available | no_available_agent |
| Call missed | null\|\|unknown_reason |

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

- When a call passes through one or more ring to widget(s), and the caller hangs up or the call ends (the set flow ends):
  - **If the call ends <10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be short_abandoned
  - **If the call ends >10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be agents_did_not_answer

https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

## Call History

Within the Call Settings section, you can find your Call History dashboard, showing all call events from the past six months. Whether a call has been answered, missed, abandoned, or fallen outside of business hours, the answer will be found here.

You'll also see a breakdown of start and end times, the Aircall or customer number, and call duration. However, the real beauty of this feature is its ability to filter information to adjust the specificity of the results.

https://aircall.io/blog/features/analytics-dashboards-how-to-use/



https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375354440221

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10

| | |
|---|---|
| [10.9] verifying when the cause value comprises an indication that **the missed received incoming call was cleared by the caller**, and in such a case outputting to the user via said **output means** an indication that the missed received incoming call was ended by the caller. | **Analyst Comments:** If the missed call corresponding to the call in which **the caller hangs up before the call is answered**, the Aircall app uses the cloud resources received from the Aircall platform, and the cause processing means to classify the call as "Abandoned Call" with the reason indicated as 'short_abandoned', thereby verifying that the cause value indicates the missed incoming call was cleared by the caller.<br><br>Further, the Aircall app outputs the type of missed call as 'Abandoned Call' with the reason indicated as 'short_abandoned' on the user's **endpoint device interface (display)**, indicating that the missed call ended by the caller. |

- When a call passes through one or more ring to widget(s), and the caller hangs up or the call ends (the set flow ends):
  - **If the call ends <10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be short_abandoned
  - **If the call ends >10sec after ringing at least one agent** (in one of the Ring-To widgets), the missed call reason will be agents_did_not_answer

https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549

(Note: The above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

## Call History

Within the Call Settings section, you can find your Call History dashboard, showing all call events from the past six months. Whether a call has been answered, missed, abandoned, or fallen outside of business hours, the answer will be found here.

You'll also see a breakdown of start and end times, the Aircall or customer number, and call duration. However, the real beauty of this feature is its ability to filter information to adjust the specificity of the results.

https://aircall.io/blog/features/analytics-dashboards-how-to-use/

# US9531872 Claim 10

| Timeline - Call Information (☎️) | Call History - missed_call_reason |
|---|---|
| Call outside of opening hours | out_of_opening_hours |
| The caller hung up during the welcome message | abandoned_classic |
| The caller hung up during IVR | abandoned_ivr |
| The caller hung up before an agent could pick up | short_abandoned |
| Nobody answered the call | agents_did_not_answer |
| Nobody was available | no_available_agent |
| Call missed | null‖unknown_reason |

https://support.aircall.io/hc/en-gb/p/ai-support/articles/16924081109917

| Abandoned Call | Abandoned before 10 seconds (short_abandoned) |
|---|---|

https://support.aircall.io/hc/en-gb/p/ai-support/articles/10375354440221

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)

# US9531872 Claim 10



https://support.aircall.io/hc/en-gb/p/ai-support/articles/14936017803549 (annotated)

(Note: All the above evidence has been obtained from a source outside of the United States. However, upon information and belief, the information presented in the evidence accurately describes the version of the accused product(s) available in the United States.)