UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
                                            :

Missed Call, LLC,                             :

                           Plaintiff,      :       **<u>ORDER GRANTING MOTION</u>**
                                  :       **<u>TO DISMISS</u>**

      -against-                     :       25 Civ. 7794 (AKH)

                                  :

Aircall.io, Inc.,                        :

                                :

                     Defendant.     :

                                :
------------------------------------------------------------ x

ALVIN K. HELLERSTEIN, U.S.D.J.:

          Defendant Aircall.io, Inc. ("Aircall" or "Defendant") moves to dismiss the Complaint of Plaintiff Missed Call, LLC ("Missed Call" or "Plaintiff") pursuant to Federal Rule of Civil Procedure 12(b)(6), arguing that the sole patent asserted in this case, U.S. Patent No. 9,531,872 ("the '872 Patent"), is invalid under 35 U.S.C. § 101 because its claims are directed to patent-ineligible abstract ideas.

          This case was assigned to me as a related case to *Missed Call, LLC v. Cloudtalk.io, Inc.*, 25 Civ. 7776. The two cases concern substantially the same issues and involve the same plaintiff. In each case, Plaintiff used nearly identical complaints to assert claims for patent infringement against each Defendant. Plaintiff is represented by the same counsel in each case. Both Defendants are represented by the same counsel and filed nearly identical motions to dismiss in each case that present the same question of whether the '872 Patent is directed to patent-ineligible abstract ideas.

          Therefore, my analysis on the present motion to dismiss is substantively the same as in *Missed Call, LLC v. Cloudtalk.io, Inc.*, 25 Civ. 7776. And, for the reasons stated in my opinion and order dismissing the case in *Missed Call, LLC v. Cloudtalk.io, Inc.*, 25 Civ. 7776, ECF

No. 22, I dismiss the claims in this case. I hold that the '872 Patent is invalid under 35 U.S.C. § 101 because its claims are directed to patent-ineligible abstract ideas.

The Clerk of Court shall terminate ECF No. 15 and close the case.

SO ORDERED.

Dated:        March 18, 2026
              New York, New York

ALVIN K. HELLERSTEIN
United States District Judge

2